# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Terrence J. McManus** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **4:96CR40019-001**<br>**Theodore Harris**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant left the Almost Home Program, Fitchburg, MA after having been instructed to remain there by Probation Officer | 01/27/2000 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 03/08/2000 |
| Defendant's Date of Birth: 03/19/1948 | Date of Imposition of Judgment |
| Defendant's USM No.: 80018-038 | |
| Defendant's Residence Address: | |
| **8 Creascent Heights** | /s/ Nathaniel M. Gorton |
| | Signature of Judicial Officer |
| Fitchburg       MA       01420 | **Nathaniel M. Gorton** |
| | **U.S. District Judge** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **8 Creascent Heights** | |
| | 3/8/00 |
| Fitchburg       MA       01420 | Date |

DEFENDANT: Terrence J. McManus
CASE NUMBER: 4:96CR40019-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __4 month(s)__ .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to the Federal Medical Center Devens, Ma.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal